

FILED

7/1/2020
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| SAI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-1314 (UNA) |
| | ) | |
| FEDERAL COMMUNICATIONS | ) | |
| COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>MEMORANDUM OPINION</u>

The Court denied plaintiffs' motion to proceed *in forma pauperis*. Pursuant to its May 19, 2020, Order (ECF No. 4), plaintiffs were to pay the $400 filing fee within 30 days. Their failure to comply, the Court advised, would result in dismissal of the case without prejudice. This matter has come before the Court on plaintiffs' "Motion for CM/ECF access; identical relief to what this Court previously granted (re IFP seal, IFP, & appointment); hearing; and leave to file" (ECF No. 6, "Pls.' Mot."), construed as a motion to reconsider the May 19, 2020, Order.

There are two plaintiffs: Sai, an individual, and Fiat Fiendum, Inc., a corporate entity. The Court denied Sai's application because he supplied no information from which to determine his ability to pay the filing fee. Further, the Court found that Fiat Fiendum is a corporate entity which cannot be granted *in forma pauperis* status. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201, 202-03 (1993). Plaintiffs' sole support for reconsideration of the May 19, 2020, Order is a law review article arguing that corporate entities can and should be granted *in forma pauperis* status. *See generally* Pls.' Mot., Ex. A. Plaintiffs

1

cite no controlling authority, however, and the motion does not supply any information that might support Sai's motion to proceed *in forma pauperis*.

The Court will deny plaintiffs' motion to reconsider the May 19, 2020, Order and will dismiss this case without prejudice.  An Order is issued separately.


DATE: July 1, 2020

/s/
JAMES E. BOASBERG
United States District Judge